**EXHIBIT A**

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri May 6 03:47:22 EDT 2022

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

**ATLIENS**

| | |
|---|---|
| **Word Mark** | ATLIENS |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment in the nature of live audio visual performances by a musical group; Entertainment in the nature of live visual and audio performances by a musical group; Entertainment services by a musical group, namely, production of musical sound recordings; Entertainment, namely, personal appearances by a musical group; Providing entertainment information about performances, recordings, appearances, news, and other information about a musical group via a website on a global computer network; music publishing services; music composition services; media production services, namely, video and film production; music production services; arranging, organizing, conducting and hosting social entertainment events |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90748879 |
| **Filing Date** | June 2, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) High Schoolers, LLC LIMITED LIABILITY COMPANY DELAWARE 152 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Peter Nussbaum |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-05-06 15:24:57 EDT |
| **Mark:** | ATLIENS |

# ATLIENS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90748879 | **Application Filing Date:** | Jun. 02, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Feb. 22, 2022 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ATLIENS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Entertainment in the nature of live audio visual performances by a musical group; Entertainment in the nature of live visual and audio performances by a musical group; Entertainment services by a musical group, namely, production of musical sound recordings; Entertainment, namely, personal appearances by a musical group; Providing entertainment information about performances, recordings, appearances, news, and other information about a musical group via a website on a global computer network; music publishing services; music composition services; media production services, namely, video and film production; music production services; arranging, organizing, conducting and hosting social entertainment events |
| **International Class(es):** | 041 - Primary Class |
| **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | High Schoolers, LLC |
| **Owner Address:** | 152 West 57th Street<br>New York, NEW YORK UNITED STATES 10019 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Peter Nussbaum | **Docket Number:** | 27664/1/12 |
| **Attorney Primary Email Address:** | pnussbaum@csglaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | PETER NUSSBAUM<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NEW JERSEY UNITED STATES 07052 |
| **Phone:** 973-530-2025 | **Fax:** 973-530-2225 |
| **Correspondent e-mail:** pnussbaum@csglaw.com<br>trademarks@csglaw.com<br>tmdocketing@csglaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 22, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION WRITTEN | 76508 |
| Feb. 16, 2022 | ASSIGNED TO EXAMINER | 76508 |
| Aug. 25, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 05, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MACIOL, GENE V J | **Law Office Assigned:** | LAW OFFICE 103 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Feb. 22, 2022 |

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri May 6 03:47:22 EDT 2022

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# ATLIENS

| | |
|---|---|
| Word Mark | ATLIENS |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: series of musical video recordings; downloadable music video recordings featuring music and entertainment; audiovisual recordings featuring music and entertainment; downloadable audiovisual recordings featuring music and entertainment |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 90748808 |
| Filing Date | June 2, 2021 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) High Schoolers, LLC LIMITED LIABILITY COMPANY DELAWARE 152 West 57th Street New York NEW YORK 10019 |
| Attorney of Record | Peter Nussbaum |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-05-06 15:23:26 EDT |
| Mark: | ATLIENS |

# ATLIENS

| | | | |
|---|---|---|---|
| US Serial Number: | 90748808 | Application Filing Date: | Jun. 02, 2021 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| Status: | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| Status Date: | Feb. 22, 2022 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | ATLIENS |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | series of musical video recordings; downloadable music video recordings featuring music and entertainment; audiovisual recordings featuring music and entertainment; downloadable audiovisual recordings featuring music and entertainment | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | High Schoolers, LLC |
| **Owner Address:** | 152 West 57th Street<br>New York, NEW YORK UNITED STATES 10019 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Peter Nussbaum | **Docket Number:** | 27664/1/9 |
| **Attorney Primary Email Address:** | pnussbaum@csglaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PETER NUSSBAUM<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NEW JERSEY UNITED STATES 07052 | | |
| **Phone:** | 973-530-2025 | **Fax:** | 973-530-2225 |
| **Correspondent e-mail:** | pnussbaum@csglaw.com<br>trademarks@csglaw.com<br>tmdocketing@csglaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 22, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION WRITTEN | 76508 |
| Feb. 16, 2022 | ASSIGNED TO EXAMINER | 76508 |
| Aug. 25, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 05, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MACIOL, GENE V J | **Law Office Assigned:** | LAW OFFICE 103 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Feb. 22, 2022 |


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri May 6 03:47:22 EDT 2022

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| Word Mark | ATLIENS |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Series of musical sound recordings; downloadable musical sound recordings; pre-recorded CDs and vinyl records featuring music. FIRST USE: 19960827. FIRST USE IN COMMERCE: 19960827 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 90748790 |
| Filing Date | June 2, 2021 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) High Schoolers, LLC LIMITED LIABILITY COMPANY DELAWARE 152 West 57th Street New York NEW YORK 10019 |
| Attorney of Record | Peter Nussbaum |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-05-06 15:27:04 EDT |
| Mark: | ATLIENS |



| | | | |
|---|---|---|---|
| US Serial Number: | 90748790 | Application Filing Date: | Jun. 02, 2021 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| Status: | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| Status Date: | Feb. 22, 2022 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | ATLIENS |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Series of musical sound recordings; downloadable musical sound recordings; pre-recorded CDs and vinyl records featuring music | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 27, 1996 | Use in Commerce: | Aug. 27, 1996 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | High Schoolers, LLC |
| **Owner Address:** | 152 West 57th Street<br>New York, NEW YORK UNITED STATES 10019 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Peter Nussbaum | **Docket Number:** | 27664/1/8 |
| **Attorney Primary Email Address:** | pnussbaum@csglaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PETER NUSSBAUM<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NEW JERSEY UNITED STATES 07052 | | |
| **Phone:** | 973-530-2025 | **Fax:** | 973-530-2225 |
| **Correspondent e-mail:** | pnussbaum@csglaw.com<br>trademarks@csglaw.com<br>tmdocketing@csglaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 22, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION WRITTEN | 76508 |
| Feb. 16, 2022 | ASSIGNED TO EXAMINER | 76508 |
| Aug. 25, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 05, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MACIOL, GENE V J | **Law Office Assigned:** | LAW OFFICE 103 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Feb. 22, 2022 |

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri May 6 03:47:22 EDT 2022

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# ATLIENS

| | |
|---|---|
| **Word Mark** | ATLIENS |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, t-shirts, shirts, jackets, jerseys, beanies, baseball hats, headwear, shorts, sweatpants, tank tops, sweatshirts, long sleeve shirts, hooded sweatshirts, hooded shirts, bandanas, wristbands as clothing, headbands, one-piece garments for babies, jumpsuits, socks, shoes and sleepwear |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90748864 |
| **Filing Date** | June 2, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) High Schoolers, LLC LIMITED LIABILITY COMPANY DELAWARE 152 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Peter Nussbaum |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-05-06 15:28:18 EDT |
| **Mark:** | ATLIENS |



| | |
|---|---|
| **US Serial Number:** | 90748864 |
| **Application Filing Date:** | Jun. 02, 2021 |
| **Register:** | Principal |
| **Mark Type:** | Trademark |
| **TM5 Common Status Descriptor:** |  LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. |
| **Status Date:** | Feb. 22, 2022 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ATLIENS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Clothing, namely, t-shirts, shirts, jackets, jerseys, beanies, baseball hats, headwear, shorts, sweatpants, tank tops, sweatshirts, long sleeve shirts, hooded sweatshirts, hooded shirts, bandanas, wristbands as clothing, headbands, one-piece garments for babies, jumpsuits, socks, shoes and sleepwear |
| **International Class(es):** | 025 - Primary Class |
| **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | High Schoolers, LLC |
| **Owner Address:** | 152 West 57th Street<br>New York, NEW YORK UNITED STATES 10019 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Peter Nussbaum | **Docket Number:** | 27664/1/11 |
| **Attorney Primary Email Address:** | pnussbaum@csglaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | PETER NUSSBAUM<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NEW JERSEY UNITED STATES 07052 |
| **Phone:** | 973-530-2025 |
| **Fax:** | 973-530-2225 |
| **Correspondent e-mail:** | pnussbaum@csglaw.com<br>trademarks@csglaw.com<br>tmdocketing@csglaw.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 22, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION WRITTEN | 76508 |
| Feb. 16, 2022 | ASSIGNED TO EXAMINER | 76508 |
| Aug. 25, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 05, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MACIOL, GENE V J | **Law Office Assigned:** | LAW OFFICE 103 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Feb. 22, 2022 |


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri May 6 03:47:22 EDT 2022

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# ATLIENS

| | |
|---|---|
| **Word Mark** | ATLIENS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: printed books in the field of entertainment, posters, photographs, stickers, concert programs, calendars, song books |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90748853 |
| **Filing Date** | June 2, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) High Schoolers, LLC LIMITED LIABILITY COMPANY DELAWARE 152 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Peter Nussbaum |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-05-06 15:29:22 EDT |
| **Mark:** | ATLIENS |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 90748853 | **Application Filing Date:** | Jun. 02, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Feb. 22, 2022 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ATLIENS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | printed books in the field of entertainment, posters, photographs, stickers, concert programs, calendars, song books | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | High Schoolers, LLC |

| | |
|---|---|
| **Owner Address:** | 152 West 57th Street<br>New York, NEW YORK UNITED STATES 10019 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Peter Nussbaum | **Docket Number:** | 27664/1/10 |
| **Attorney Primary Email Address:** | pnussbaum@csglaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | PETER NUSSBAUM<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NEW JERSEY UNITED STATES 07052 | | |
| **Phone:** | 973-530-2025 | **Fax:** | 973-530-2225 |
| **Correspondent e-mail:** | pnussbaum@csglaw.com<br>trademarks@csglaw.com<br>tmdocketing@csglaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 22, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 22, 2022 | NON-FINAL ACTION WRITTEN | 76508 |
| Feb. 16, 2022 | ASSIGNED TO EXAMINER | 76508 |
| Aug. 25, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 05, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MACIOL, GENE V J | **Law Office Assigned:** | LAW OFFICE 103 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Feb. 22, 2022 |