# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HIGH SCHOOLERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ATLIENS TOURING, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:24-cv-03690-SCJ<br><br>JURY TRIAL DEMANDED |

## **JOINT STATUS REPORT**

High Schoolers, LLC's ("Plaintiff") and ATLiens Touring, Inc. ("Defendant"), by and through their attorneys, hereby file this Joint Status Report as to the progress of ongoing mediation as directed by the Court's January 20, 2026 Order (ECF No. 45). The Parties jointly submit the following update on their ongoing mediation:

The parties have continued to diligently and in good faith work to negotiate terms of a potential resolution, in all cases with Judge Fuller's continued assistance. The parties are pleased to report that that they have reached agreement on a general settlement framework and are in the process of drafting and negotiating a formal settlement agreement, and Judge Fuller remains involved.

1

As such, the mediation is not formally concluded, but the parties are hopeful that the case will be fully resolved within ninety (90) days of the date of this status report, if not sooner.

As Your Honor may recall, expert discovery in this case remains stayed pending conclusion of the mediation. While the parties continue to focus their time, resources, and attention on a resolution, they jointly respectfully request that the stay of expert discovery be continued until the mediation formally concludes and, hopefully, the case is settled and dismissed.

The parties are available to provide any additional information the Court may request and thank the Court for its attention to this matter.

Respectfully submitted this 19th day of February, 2026.

| | |
|---|---|
| /s/ Joshua M. Kalb<br>Joshua M. Kalb<br>Georgia Bar No. 142493<br>BARNES & THORNBURG LLP<br>3340 Peachtree Road NE, Suite 2900<br>Atlanta, GA 30326-1092<br>Tel. (404) 264-4031<br>Josh.Kalb@btlaw.com<br><br>Abigail J. Remore (*pro hac vice*)<br>Jessica H. Zafonte (*pro hac vice*)<br>CHIESA SHAHINIAN &<br>   GIANTOMASI PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Tel. (973) 530-2114<br>ajremore@csglaw.com | /s/  Christopher J. Pulido<br>Jillian L. Burstein (*pro hac vice*)<br>REED SMITH LLP<br>10 S. Wacker Drive, Suite 4000<br>Chicago, IL 60606<br>Tel. (312) 207-1000<br>jburstein@reedsmith.com<br><br>Christopher J. Pulido (*pro hac vice*)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Tel. (415) 659-4747<br>cpulido@reedsmith.com<br><br>Allegra J. Lawrence<br>(Georgia Bar No. 439797) |

jzafonte@csglaw.com

*Counsel for Plaintiff*
*High Schoolers, LLC*

Rodney J. Ganske
(Georgia Bar No. 283819)
LAWRENCE & BUNDY LLC
1180 West Peachtree Street NW
Suite 1650
Atlanta, GA 30309
Tel. (404) 400-3350
allegra.lawrence-hardy@lawrencebundy.com
rod.ganske@lawrencebundy.com

*Counsel for Defendant*
*ATLiens Touring, Inc.*

## **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE**

Pursuant to L.R. 7.1.D, this certifies that the foregoing document complies with the font and point selections approved by L.R. 5.1.C. The foregoing document was prepared using Times New Roman font in 14 point.

This 19th day of February, 2026.

>                             */s/ Joshua M. Kalb*
>                             JOSHUA M. KALB
>                             Georgia Bar No. 142493

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

This 19th day of February, 2026.

>*/s/ Joshua M. Kalb*
>JOSHUA M. KALB
>Georgia Bar No. 142493